IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:13-CV-60-BO

| | |
|---|---|
| RED WOLF COALITION, *et al.*, <br> Plaintiffs, <br><br> v. <br><br> NORTH CAROLINA WILDLIFE <br> RESOURCES COMMISSION, *et al.*, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

This cause comes before the Court on an unopposed motion by Safari Club International for amicus status. [DE 49].

For good cause shown, and without opposition from plaintiffs or defendants, Safari Club's request to file an amicus curiae brief opposing plaintiffs' motion for preliminary injunction is ALLOWED. Safari Club's request for "amicus status" in this case is, however, DENIED. The Court will consider any future requests by Safari Club to file an amicus curiae brief or for leave to formally appear in this matter upon its filing of an appropriate motion.

SO ORDERED, this 28 day of January, 2014.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE