IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:13-cv-00060-BO

| | |
|---|---|
| RED WOLF COALITION, DEFENDERS OF WILDLIFE, AND ANIMAL WELFARE INSTITUTE, <br><br> Plaintiffs, <br><br> v. <br><br> JIM COGDELL, JOHN LITTON CLARK, JOE C. BARKER, III, WES SEEGARS, NAT T. HARRIS, JR., JOSEPH BUDD, DAVID W. HOYLE, JR., WENDELL (DELL) MURPHY, MARK CRAIG, THOMAS A. BERRY, GARRY SPENCE, JOHN T. COLEY, IV, VERNON (RAY) CLIFTON, JR., THOMAS L. FONVILLE, RICHARD EDWARDS, MICHELL HICKS, TIMOTHY L. SPEAR, in their official capacities as Commissioners of the North Carolina Wildlife Resources Commission; GORDON S. MYERS, in his official capacity as Executive Director of the North Carolina Wildlife Resources Commission, <br><br> Defendants. | ORDER |

Upon consideration of the Joint Motion for Modification of Preliminary Injunction and Stay of

Proceedings, it is this **12** day of **Nov** 2014,

    ORDERED, that the Motion is GRANTED;

    ORDERED, that proceedings in this matter are stayed;

Case 2:13-cv-00060-BO   Document 105   Filed 11/13/14   Page 1 of 3

ORDERED, that the Parties shall provide status reports to this Court every six (6) months for the duration of the stay;

and it is further

ORDERED that the preliminary injunction entered by this Court on May 13, 2014, is modified in accordance with the terms of Attachment A to the Settlement Agreement between the Parties, such that in the counties of Dare, Hyde, Washington, Tyrrell and Beaufort (hereinafter, the "five counties"), the following applies:

(1) Coyote hunting on public lands is prohibited, except that coyotes may be taken on State-owned game lands by the holder of a permit or license for a specific special hunt opportunity for coyotes authorized by G.S. 113-264(d). Any special hunt for coyotes pursuant to G.S. 113-264(d) shall only allow hunting from the hours of one-half hour before sunrise until one-half hour after sunset. Contests or competition coyote hunts on public lands are prohibited. If, within a calendar year, two or more red wolves are shot by one or more hunters with a valid special hunt permit for coyotes on State game lands within the five counties, all special hunt opportunities for coyotes on State game lands within those five counties shall be suspended for one calendar year.

(2) There is no closed season for taking coyotes on private lands. Coyotes may be taken on private lands from the hours of one-half hour before sunrise until one-half hour after sunset only.

(3) Coyotes may be taken on private lands by permit only, and any take shall be reported within 24 hours to the North Carolina Wildlife Resources Commission.

(4) Coyote hunting permits are in addition to hunting licenses. Individuals exempted from license requirements under the provisions specified in G.S. 113-276 must still acquire the coyote hunting permits to hunt coyotes in the five counties. Coyote hunting permits are valid for one calendar year and subject to annual renewal. These permits are non-transferable. Permit holders must submit their harvest reports in order to be eligible for permit renewal.

Except as otherwise provided above, coyote hunting pursuant to 15A NCAC 10B .0219 in the counties of Dare, Hyde, Washington, Tyrrell and Beaufort remains preliminarily enjoined pending further action by this Court.

*Terrence W. Boyle*
United States District Judge